UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RONALD W. BURKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 13-cv-4557-LLS |
| OTK ASSOCIATES, LLC, a Delaware | ) | |
| Limited Liability Company, JASON T. | ) | |
| KALISMAN, MICHAEL E. OLSHAN, | ) | |
| ANDREA L. OLSHAN, MAHMOOD | ) | |
| KHIMJI, JONATHAN LANGER, | ) | |
| PARAG VORA and JOHN T. | ) | |
| DOUGHERTY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties who have appeared herein that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is, dismissed in its entirety with prejudice, with all rights of appeal waived, and with each party bearing its own costs, fees and disbursements.

**STIPULATED AND AGREED** to this 26 day of August, 2014:

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By: _____
      Leo V. Leyva
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Tel: (212) 752-8000

*Counsel for Plaintiff*

ROPES & GRAY LLP

By: _____
      Peter L. Welsh (admitted *pro hac vice*)
Jesse M. Boodoo (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Counsel for Defendants*

52049/0001-10920964v1

MUNGER, TOLLES & OLSON, LLP

By: _____

George M. Garvey (admitted *pro hac vice*)
Randall G. Sommer (admitted *pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 683-9100

*Counsel for Plaintiff*

2